IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. EFFIE J. FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:18-cv-1053-JTA |
| | ) |
| SOUTHERN UNION STATE | )   (WO) |
| COMMUNITY COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Defendants' motion for summary judgment (Doc. No. 27) is GRANTED.

2. Plaintiff's Motion to Strike Portions of Declaration of Beverly Corley (Doc. No. 28) is DENIED.

3. The costs of this action are taxed against the Plaintiff.

4. This case is closed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of February, 2022.

*/s/ Jerusha J. Adams*
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE